UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEVONTE YOUNG                                                                                         PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:22-CV-598-DPJ-FKB

MTC – MANAGEMENT TRAINING AND                                                            DEFENDANTS
CORPORATION, ET AL.

ORDER

On September 21, 2023, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [25] recommending that pro se Plaintiff Devonte Young's § 1983 claims against fellow inmate Eugene Robinson be dismissed with prejudice. Young did not file an objection to the R&R, and the time to do so has now passed. Finding no clear error in Judge Ball's R&R, the Court adopts it as its opinion. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The claims against Robinson are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of October, 2023.

                                                 s/ *Daniel P. Jordan III*
                                                 CHIEF UNITED STATES DISTRICT JUDGE